

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | INFORMATION NO CR406-354 |
| --- | --- | --- |
|  | ) |  |
| v. | ) | VIO: 18 U.S.C. 7 and 13 |
|  | ) | O.C.G.A |
| **TROY D. BROWN** | ) | 40-5-121 |
|  | ) | 40-6-181 |
|  | ) | Driving under Suspended License |
|  | ) | Speeding |

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 2nd, 2006, on Fort Stewart Military Reservation, land under the exclusive jurisdiction of the United States and located within the Southern District of Georgia,

**TROY D. BROWN**

did unlawfully drive a motor vehicle while his driver's license was suspended, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-5-121.

### COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about August 2nd, 2006, on Fort Stewart Military Reservation, land under the exclusive jurisdiction of the United States and located within the Southern District of Georgia,

## TROY D. BROWN

did unlawfully drive a motor vehicle at an approximate speed of 72 miles per hour in a 55 mile per hour zone, in violation of Title 18, United States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Section 40-6-181.

LISA GODBEY WOOD
UNITED STATES ATTORNEY

Assistant U.S. Attorney

Jennifer N. Blount
Special Assistant U.S. Attorney
West Virginia Bar