FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT 17 AM 8: 27

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| | ) | CR406-354 |
| v. | ) | VIO: 18 U.S.C. 7 and 13 |
| | ) | O.C.G.A |
| **TROY D. BROWN** | ) | 40-5-121 |
| | ) | 40-6-181 |
| | ) | Driving under Suspended License |
| | ) | Speeding |

## PENALTY INFORMATION

Count One
**Driving under Suspended License**
(as to each count if 1st offense)

Fine of NLT $500, NMT $1,000
Imprisonment NLT 2 days,
NMT 12 months or both
Special Assessment of $25

Count One
**Driving under Suspended License**
(as to each count if 2nd or
subsequent offense)

Fine of NLT $1,000, NMT $2,500
Imprisonment NLT 10 days,
NMT 12 months or both
Special Assessment of $25

Count Two
**Speeding**

Fine of NMT $1,000
Imprisonment of NMT 6 months
or both
Special Assessment of $10

Respectfully submitted,

LISA GODBEY WOOD
UNITED STATES ATTORNEY

Jennifer N. Blount
Special Assistant U.S. Attorney