FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 DEC 19 PM 4:00

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MOTION TO DISMISS |
| | ) | |
| V. | ) | CR 406-354 |
| | ) | |
| **TROY D. BROWN** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the information in the above-captioned case due to these offenses not being in the government's interest to prosecute at this time.

LISA GODBEY WOOD
UNITED STATES ATTORNEY

Jennifer N. Blount
Special Assistant U.S. Attorney
West Virginia Bar